# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re:

**SEKEYA FLEMING,**                                        **CHAPTER 13**

    **DEBTOR.**                                             **CASE NO. 16-30941**

## RESPONSE OF BANKRUPTCY ADMINISTRATOR
## TO APPLICATION TO EMPLOY PROFESSIONAL PERSON

Comes now Britt B. Griggs, attorney for the Bankruptcy Administrator for this district, and responds to the court as follows:

1. On September 14, 2016, Joe M. Reed filed an Application for Employment of Professional Person pursuant to 11 U.S.C. §327(e) (Doc. 35).

2. The application states that the applicant intends to pursue a claim against Alfa Insurance Company arising out of a motor vehicle accident.

3. The application is not accompanied by a verified statement setting forth the person's connections with the debtor, creditors, any party in interest, or the Bankruptcy Administrator as required by Rule 2014 of the Bankruptcy Rules of Procedure.

WHEREFORE, the Bankruptcy Administrator does not recommend approval of the application for employment of professional person.

                                                                Respectfully submitted,

                                                                 /s/
                                                                 Britt B. Griggs
                                                                 Bankruptcy Attorney
                                                                 ASB 1270-G50B

United States Bankruptcy Administrator
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104
(334) 954-3900
Britt_Griggs@almba.uscourts.gov