UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE:                              ) CHAPTER 13
    SEKEYA FLEMING              )
                                      ) CASE NO. 16-30941-DHW-13
        Debtor(s).           )

## MOTION TO RECONSIDER ORDER APPROVING MOTION TO COMPROMISE

Now Comes the creditor, THE HEALTH CARE AUTHORITY FOR BAPTIST HEALTH, An Affiliate of UAB HEALTH SYSTEM dba BAPTIST SOUTH, and moves this Court to reconsider its Order Granting the Debtor's Motion to Compromise and in support thereof states as follows:

1. The debtor had a pending cause of action for which she retained counsel prior to filing.

2. The matter was settled prior to suit being filed and the Debtor signed a release on May 3, 2016. The release states that the total amount of the settlement was $29,000.00.

3. The Motion filed by the Debtor included a "Settlement Memorandum" which indicates that the total amount of the settlement was $19,933.90.

4. Missing from the memo is the $9,066.10 which is owed to this creditor.

5. Counsel for this creditor is holding a check in the amount of $9,066.10 from Alfa Insurance for which it does not have approval to negotiate.

6. The Motion for Approval of Compromise was filed under LBR

Rule 9007-1. Through inadvertence, this creditor failed to file a response and the Order by way of negative notice.

WHEREFORE, movant prays for an Order Setting Aside the Order Granting the Motion to Compromise, along with such further and other relief as this court may deem proper.

                              THE HEALTH CARE AUTHORITY FOR BAPTIST HEALTH, An Affiliate of UAB HEALTH SYSTEM dba BAPTIST SOUTH

                              By: */s/Leonard N. Math*

Of Counsel:
Chambless Math ❖ Carr, P.C.
P.O. Box 230759
Montgomery, Alabama 36123-0759
334-272-2230

2

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served on all attorneys of record as set forth below by electronic notice and\or by depositing a copy thereof in the United States mail postage prepaid on October 17, 2016.

SABRINA L. MCKINNEY
Chapter 13 Trustee
PO BOX 173
MONTGOMERY AL 36101

JOSHUA C. MILAM
566 S. PERRY STREET
MONTGOMERY AL 36104

JOE M REED
524 S UNION ST
MONTGOMERY, AL 36104

SEKEYA FLEMING
4205 SPRING PARK COURT
MONTGOMERY AL 36116

*/s/Leonard N. Math*
**Chambless Math ❖ Carr, P.C.**