UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                              Case No. 16–30941
                                                   Chapter 13
Sekeya Fleming,

    Debtor.

# NOTICE

PLEASE TAKE NOTICE that a hearing will be held at

U.S. Bankruptcy Court, One Church Street, Courtroom 4C, Montgomery, AL 36104

on November 9, 2016 at 09:30 AM

to consider and act upon the following:

*35* – Rule 9007 Motion/Notice/Objection: Application to Employ Professional Persons Pursuant to 11 USC 327 filed by Joe M Reed on behalf of Sekeya Fleming. Responses due by 10/10/2016. (CS)

*36* – Rule 9007 Motion/Notice/Objection: Motion to Approve Compromise or Settlement filed by Joe M Reed on behalf of Sekeya Fleming. Responses due by 10/10/2016. (CS)

*37* – Application to Approve Professional Fees and Expenses for Joe M Reed, Special Counsel, Period: 12/15/2015 to 9/14/2016, Fee: $6443.00, Expenses: $0.00. filed by Joe M Reed. (CS)

*40* – Bankruptcy Administrator Response to Application to Employ Professional Person(s) Not Recommended (RE: related document(s)35 Rule 9007–1 Motion/Notice/Objection filed by Debtor Sekeya Fleming) filed by Bankruptcy Admin. Bankruptcy Administrator (Griggs, Britt)

*41* – Order Granting LBR9007 Motion to Approve Compromise or Settlement [36] (ADIclerk)

*43* – Bankruptcy Administrator Response on Application to Approve Professional Fees Not Recommended (RE: related document(s)37 Application to Approve Professional Fees and Expenses filed by Debtor Sekeya Fleming) filed by Bankruptcy Admin. Bankruptcy Administrator (Griggs, Britt)

*47* – Motion to Reconsider Order Granting Motion to Approve Compromise filed by Leonard N. Math on behalf of THE HEALTH CARE AUTHORITY FOR BAPTIST HEALTH, AN AFFILIATE OF UAB HEALTH SYSTEM DBA BAPTIST SOUTH (RE: related document(s)41 Order On Rule 9007–1 Motion). (Math, Leonard)

Dated October 21, 2016

Juan–Carlos Guerrero
Clerk of Court