UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                               Case No. 16−30941
                                                                    Chapter 13
Sekeya Fleming,

    Debtor.

# NOTICE

PLEASE TAKE NOTICE that a hearing will be held at

U.S. Bankruptcy Court, One Church Street, Courtroom 4C, Montgomery, AL 36104

on November 9, 2016 at 09:30 AM

to consider and act upon the following:

35 − Rule 9007 Motion/Notice/Objection: Application to Employ Professional Persons Pursuant to 11 USC 327 filed by Joe M Reed on behalf of Sekeya Fleming. Responses due by 10/10/2016. (CS)

36 − Rule 9007 Motion/Notice/Objection: Motion to Approve Compromise or Settlement filed by Joe M Reed on behalf of Sekeya Fleming. Responses due by 10/10/2016. (CS)

37 − Application to Approve Professional Fees and Expenses for Joe M Reed, Special Counsel, Period: 12/15/2015 to 9/14/2016, Fee: $6443.00, Expenses: $0.00. filed by Joe M Reed. (CS)

40 − Bankruptcy Administrator Response to Application to Employ Professional Person(s) Not Recommended (RE: related document(s)35 Rule 9007−1 Motion/Notice/Objection filed by Debtor Sekeya Fleming) filed by Bankruptcy Admin. Bankruptcy Administrator (Griggs, Britt)

41 − Order Granting LBR9007 Motion to Approve Compromise or Settlement [36] (ADIclerk)

43 − Bankruptcy Administrator Response on Application to Approve Professional Fees Not Recommended (RE: related document(s)37 Application to Approve Professional Fees and Expenses filed by Debtor Sekeya Fleming) filed by Bankruptcy Admin. Bankruptcy Administrator (Griggs, Britt)

47 − Motion to Reconsider Order Granting Motion to Approve Compromise filed by Leonard N. Math on behalf of THE HEALTH CARE AUTHORITY FOR BAPTIST HEALTH, AN AFFILIATE OF UAB HEALTH SYSTEM DBA BAPTIST SOUTH (RE: related document(s)41 Order On Rule 9007−1 Motion). (Math, Leonard)

Dated October 21, 2016

Juan–Carlos Guerrero
Clerk of Court

```
United States Bankruptcy Court
   Middle District of Alabama
In re:                                                                  Case No. 16-30941-DHW
Sekeya Fleming                                                          Chapter 13
       Debtor                    CERTIFICATE OF NOTICE

District/off: 1127-2           User: jmclain                Page 1 of 2               Date Rcvd: Oct 21, 2016
                               Form ID: ntchrgBK            Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 23, 2016.
db          +Sekeya Fleming,    4205 Spring Park Court,    Montgomery, AL 36116-5705
cr          +THE HEALTH CARE AUTHORITY FOR BAPTIST HEALTH, AN A,    c/o CHAMBLESS-MATH & CARR, PC,
              PO BOX 230759,    MONTGOMERY, AL 36123-0759
3521851      BAPTIST HEALTH,    PO BOX 241145,    Montgomery, AL 36124-1145
3597773     +Bridgecrest Credit Company LLC,    PO Box 29018,   Phoenix, AZ 85038-9018
3521866    ++C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,   OKLAHOMA CITY OK 73118-7901
             (address filed with court: TMobile Bankruptcy Team,    PO Box 53410,    Bellevue, WA 98015-5341)
3521852    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One,    P.O. Box 85015,    Richmond, VA 23285-5075)
3521853     +CHECK -N-GO,    2851 E SOUTH BLVD,    STE C,   Montgomery, AL 36116-2513
3521854     +COI,   800 SW 39th St,    Renton, WA 98057-4975
3522517     +CREDIT ACCEPTANCE,    25505 W 12 MILE RD SUITE 3000,    SOUTHFIELD MI 48034-8331
3521855     +CREDIT ACCEPTANCE,    P.O. BOX 513,    SOUTHFIELD, MI 48037-0513
3521856     +CREDIT MGT,    4200 INTERNATIONAL PKWY,    Carrollton, TX 75007-1912
3550253      Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC 28272-1083
3573030      Check 'n Go,    C/O Real Time Resolutions, Inc.,    PO Box 566027,    Dallas, TX 75356-6027
3521858      DT Credit,    1800 N Colorado St,    Gilbert, AZ 85233
3521848      EQUIFAX INFORMATION SERVICES LLC,    P.O. BOX 740241,    Atlanta, GA 30374-0241
3521850      EXPERION,    P.O. BOX 9701,   Allen, TX 75013-9701
3541208     +Emergency Services of Montgomery, Pc,    6681 Country Club Drive,    Golden Valley MN 55427-4601
3521860     +FEDLOAN,    P.O. BOX 60610,    Harrisburg, PA 17106-0610
3597057     +GFC Lending, LLC,    PO BOX 29018,    PHOENIX, AZ 85038-9018
3552262     +INTEGRATED MAGNETIC IMAGING,    c/o HOLLOWAY CREDIT SOLUTIONS, LLC,    PO BOX 230609,
              MONTGOMERY, AL 36123-0609
3521862     +JACKSON HOSPITAL,    1725 PINE STREET,    Montgomery, AL 36106-1117
3521849      TRANSUNION CONSUMER SOLUTIONS,    P.O. BOX 2000,    CHESTER, PA 19022-2000
3554836      The Health Care Authority for Baptist Health, An A,    c/o Chambless, Math & Carr, P.C.,
              P.O. Box 230759,    Montgomery, AL 36123-0759
3559670      U.S. Department of Education,    c/o Fedloan Servicing,    P.O. Box 69184,
              Harrisburg, PA 17106-9184
3521867     +ZARZAUR & SCHWARTZ,    P.O.Box 11366,    Birmingham, AL 35202-1366

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +E-mail/Text: ch13montgomery@ch13mdal.com Oct 21 2016 21:27:43     Curtis C. Reding,
               P. O. Box 173,   Montgomery, AL 36101-0173
3535607       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 21 2016 21:35:06
               American InfoSource LP as agent for,   T Mobile/T-Mobile USA Inc,    PO Box 248848,
               Oklahoma City, OK 73124-8848
3521857      +E-mail/Text: creditonebknotifications@resurgent.com Oct 21 2016 21:26:48     CREDIT ONE BANK,
               585 S. PILOT STREET,   Las Vegas, NV 89119-3619
3521859      +Fax: 614-760-4092 Oct 21 2016 21:43:58      EASY MONEY,   2449 EAST SOUTH BLVD,
               Montgomery, AL 36116-2505
3521861      +E-mail/Text: dl-collectionsbankruptcyteam@drivetime.com Oct 21 2016 21:27:33     GO FINANCIAL,
               4020 E INDIAN SCHOOL ROAD,   Phoenix, AZ 85018-5220
3562593       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 21 2016 21:33:46
               LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
               Resurgent Capital Services,   PO Box 10587,    Greenville, SC 29603-0587
3521863      +E-mail/Text: newbk@Regions.com Oct 21 2016 21:27:21     REGIONS BANK,   PO BOX 11007,
               Birmingham, AL 35202-1007
3521865      +E-mail/Text: atlanta.bnc@ssa.gov Oct 21 2016 21:27:26     SOCIAL SECURITY ADMINISTRATION,
               ATTN: BENEFIT OVERPAYMENTS,   4344 Carmichael Road #100,    Montgomery, AL 36106-3732
3521864       E-mail/Text: atlanta.bnc@ssa.gov Oct 21 2016 21:27:26     SOCIAL SECURITY ADMINISTRATION,
               Office of Central Aministration,   1500 Woodlawn Dr.,    Baltimore, MD 21241-1500
3576539      +E-mail/Text: atlanta.bnc@ssa.gov Oct 21 2016 21:27:26     Social Security Administration,
               MATPSC,   P.O. Box 2861,   Philadelphia, PA 19122-0861
                                                                                               TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3597358      MONTGOMERY, AL 36123
3597362      MONTGOMERY, AL 36123
3597357      P.O. BOX 230759
3597361      P.O. BOX 230759
3597355      THE HEALTH CARE AUTH., dba BAPTIST PRATTVILLE
3597359      THE HEALTH CARE AUTH., dba BAPTIST SOUTH
3597356      c/o CHAMBLESS-MATH & CARR, PC
3597360      c/o CHAMBLESS-MATH & CARR, PC
                                                                                        TOTALS: 8, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2016                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2016 at the address(es) listed below:

          Bankruptcy Administrator    ba@almb.uscourts.gov
          Joshua C. Milam    on behalf of Debtor Sekeya  Fleming jmilam@smclegal.com,
           scarter@smclegal.com;cthornton@smclegal.com
          Leonard N. Math    on behalf of Creditor    THE HEALTH CARE AUTHORITY FOR BAPTIST HEALTH, AN
           AFFILIATE OF UAB HEALTH SYSTEM DBA BAPTIST SOUTH noticesmd@chambless-math.com
          Sabrina L. McKinney [Acting]    trustees_office@ch13mdal.com

                                                                                            TOTAL: 4